W. E. Beck, appellee, v. American Railway Express Company, appellant.

Heard in this court at the May term, 1930. Opinion filed September 22, 1930.

Brown & Burnside, for appellant. F. M. Guinn, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

John A. Ingram, appellee, v. George A. Buehrer, appellant.

Heard in this court at the May term, 1930. Opinion filed September 22, 1930.

Williamson, Burroughs & Simpson and James L. Reed, for appellant. T. A. O'Connor, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Hellrung Construction Company, appellee, v. Joseph J. Eckhard and Leeta V. Eckhard, his wife, appellants.

Heard in this court at the May term, 1930. Opinion filed September 22, 1930.

Wm. P. Boynton, for appellants. John F. McGinnis, Jr., for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Edgar D. Dodgson, plaintiff in error, v. W. J. Hillgamyer and Mrs. E. Hillgamyer, defendants in error.

Heard in this court at the May term, 1930. Opinion filed September 22, 1930.

Keefe, Bandy & Listeman, for plaintiff in error. Owen Dillon and R. E. Costello, for defendants in error.

Mr. Justice Wolfe delivered the opinion of the court.